# EXHIBIT A



November 20, 2025

<u>**VIA ONLINE PORTAL**</u>

Executive Office for United States Attorneys
Department of Justice
Arla Witte-Simpson
FOIA Public Liaison
175 N St. NE
Suite 5.400
Washington, DC 20530
Via Online Portal

**Re: Expedited Freedom of Information Act Request**

Dear FOIA Officer(s):

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the implementing regulations of your agency, 28 C.F.R. Part 16, American Oversight makes the following request for records.

On November 17, 2025, U.S. Representative Jamie Raskin sent a letter to Pardon Attorney Edward "Ed" Martin describing "credible allegations" that Mr. Martin was destroying and concealing records of his government communications.[1] The allegations detailed in Representative Raskin's letter centered on the government records produced in Mr. Martin's work on behalf of the "Weaponization Working Group."[2] In addition to his role as Pardon Attorney, Mr. Martin is the director of the Weaponization Working Group, per his staff profile on the U.S. Department of Justice website.[3] Additional

---

[1] *See, e.g.*, Letter from Jamie Raskin, Ranking Member, U.S. House Committee on the Judiciary, to Edward [R.] Martin, Jr., Pardon Attorney, U.S. Department of Justice (Nov. 17, 2025), https://democrats-judiciary.house.gov/sites/evo-subsites/democrats-judiciary.house.gov/files/evo-media-document/2025-11-17-raskin-to-martin-doj-re-devices.pdf; Rebecca Beitsch, *Whistleblower Accuses Ed Martin of 'Concealing and Destroying' Records Related to DOJ's Weaponization Group*, The Hill (Nov. 17, 2025, 10:43 AM), https://thehill.com/homenews/house/5608921-ed-martin-weaponization-working-group-doj-whistleblower/.
[2] *Id.*
[3] Pardon Attorney Edward R. Martin Jr., Office of the Pardon Attorney, U.S. Department of Justice, https://www.justice.gov/pardon/staff-profile/pardon-attorney-edward-r-martin-jr.



reporting has described Mr. Martin as a "special attorney" tasked with handling mortgage crime, including mortgage fraud.[4]

American Oversight is seeking records produced in the course of Mr. Martin's work at the Department of Justice, including as director of the Weaponization Working Group and as special attorney.

## **Requested Records**

American Oversight seeks expedited review of this request for the reasons identified below and requests that the U.S. Department of Justice Executive Office for U.S. Attorneys produce the following records as soon as practicable, and at least within twenty business days:

1. All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) <u>sent by</u> Edward "Ed" Martin — and/or anyone communicating on his behalf, such as an assistant, chief of staff, and/or secretary — <u>and</u> containing any of the key terms listed below.

    <u>Key Terms</u>:
    a.  Whirlwind
    b.  retribution
    c.  "Jack Smith"
    d.  radical
    e.  Politiciz*
    f.  Weaponiz*
    g.  Faithful
    h.  Corrupt
    i.  "politically-motivated"
    j.  "politically motivated"
    k.  "Jan. 6"
    l.  "Jan. 6th"
    m.  "January 6"
    n.  "January 6th"
    o.  J6
    p.  "Jan 6"
    q.  "Jan 6th"
    r.  insurrection
    s.  "working group"
    t.  WWG
    u.  IWWG
    v.  Pulte
    w.  "mortgage crime"

---

[4] *See, e.g.*, Beitsch, *supra* note 1; Katelyn Polantz et al., *The Weapon of Justice: Ed Martin's Influence at DOJ*, CNN, Oct. 30, 2025, https://www.cnn.com/2025/10/30/politics/ed-martin-doj-trump-political-prosecutions.

DOJ-EOUSA-25-2782

    x.  "mortgage fraud"
    y.  FHFA
    z.  "Federal Housing Finance Agency"
    aa. "Fannie Mae"
    bb. "Freddie Mac"
    cc. Letitia
    dd. Comey
    ee. Schiff
    ff. "Lisa Cook"

Please note that American Oversight is using the asterisk (*) to designate the standard use of "wildcards" in the search for responsive records. For example, a search for "politiciz*" would return all of the following: politicize, politicized, politicization, etc. If your agency is unable to search for wildcards, please advise so that we may specifically include the variations that we would like searched.

To be clear, American Oversight seeks <u>all</u> email communications containing any listed key term concerning government business, regardless of whether the device used to send the email was issued or otherwise owned by the U.S. government.

In an effort to accommodate your office and reduce the number of potentially responsive records to be processed and produced, American Oversight has limited part 1 of this request to emails <u>sent</u> by Mr. Martin. To be clear, however, American Oversight's request encompasses complete email chains, including all preceding messages in a chain to which a custodian responded. This means that any message Mr. Martin sent during the specified time frame where a key term listed above appears <u>anywhere</u> in the preceding chain is responsive to this request, and all sent and received messages in that chain should be produced.

2.  All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) <u>sent</u> by Edward "Ed" Martin to any email address ending in .com, .co, .us, .net, .org, .mail, .law, .ch, and/or .me.

To be clear, American Oversight seeks <u>all</u> email communications sent to the listed email addresses concerning government business, regardless of whether the device used to send the email was issued or otherwise owned by the U.S. government.

In an effort to accommodate your office and reduce the number of potentially responsive records to be processed and produced, American Oversight has limited part 2 of this request to emails <u>sent</u> by Mr. Martin. To be clear, however, American Oversight's request encompasses complete email chains, including all preceding messages in a chain to which a custodian responded. This means that any message Mr. Martin sent during the specified time frame to an email address ending in the listed domains is responsive to this request, and all sent and received messages in that chain should be produced.

DOJ-EOUSA-25-2782

**For both parts of this request, please provide all responsive records from May 8, 2025, through the date the search is conducted.**

## Fee Waiver Request

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii) and your agency's regulations, American Oversight requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures will likely contribute to a better understanding of relevant government procedures by the general public in a significant way. Moreover, the request is for non-commercial purposes.

American Oversight requests a waiver of fees because disclosure of the requested information is "in the public interest because it is likely to contribute significantly to public understanding of operations or activities of the government."[5] The public has a significant interest in the work of Attorney Ed Martin on behalf of the government, and whether he is destroying and concealing records made in his course of that work.[6] Records with the potential to shed light on these issues would contribute significantly to public understanding of operations of the federal government, including whether and to what extent the allegations made against Mr. Martin are credible, as well as the nature of his work as Pardon Attorney, director of the Weaponization Working Group, and special attorney.[7] American Oversight is committed to transparency and makes the responses agencies provide to FOIA requests publicly available, and the public's understanding of the government's activities would be enhanced through American Oversight's analysis and publication of these records.

This request "is not primarily in the commercial interest of the requester."[8] In fact, as a 501(c)(3) nonprofit, American Oversight does not have a commercial purpose, and the release of the information requested is not in American Oversight's commercial interest. American Oversight's mission is to promote transparency in government, to educate the public about government activities, and to ensure the accountability of government officials. American Oversight uses the information gathered, and its analysis of it, to educate the public through reports, press releases, or other media. American Oversight

---

[5] 5 U.S.C. § 552(a)(4)(A)(iii).

[6] *See supra* note 1.

[7] *See supra* note 1; Ryan J. Reilly, *DOJ 'Weaponization' Group Will Shame Individuals It Can't Charge with Crimes, New Head Says*, NBC News (May 13, 2025, 4:54 PM), https://www.nbcnews.com/politics/justice-department/doj-weaponization-group-will-shame-individuals-cant-charge-crimes-new-rcna206553; Sadie Gurman & Corinne Ramey, *Justice Department Opens Probes Into Two Trump Enemies*, Wall Street J. (updated Aug. 8, 2025, 7:38 PM), https://www.wsj.com/us-news/law/justice-department-opens-probes-into-two-trump-enemies-87b00800.

[8] 5 U.S.C. § 552(a)(4)(A)(iii).

DOJ-EOUSA-25-2782

also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and X (formerly Twitter).[9]

American Oversight has also demonstrated its commitment to the public disclosure of documents and creation of editorial content through regular substantive analyses posted to its website.[10] Examples reflecting this commitment include the posting of records related to the first Trump Administration's contacts with Ukraine and analyses of those contacts;[11] posting records and editorial content about the federal government's response to the COVID-19 pandemic;[12] posting records received as part of American Oversight's "Audit the Wall" project to gather and analyze information related to the first Trump administration's proposed construction of a barrier along the U.S.-Mexico border, and analyses of what those records reveal;[13] the posting of records related to an ethics waiver received by a senior Department of Justice attorney and an analysis of what those records demonstrated regarding the Department's process for issuing such waivers;[14] and posting records and analysis of federal officials' use of taxpayer dollars to charter private aircraft or use government planes for unofficial business.[15]

---

[9] American Oversight currently has approximately 16,000 followers on Facebook and 94,400 followers on X (formerly Twitter). American Oversight, Facebook, https://www.facebook.com/weareoversight/ (last visited Nov. 20, 2025); American Oversight (@weareoversight), X (formerly Twitter), https://x.com/weareoversight (last visited Nov. 20, 2025).

[10] *See generally News,* American Oversight, https://www.americanoversight.org/blog.

[11] *Trump Administration's Contacts with Ukraine,* American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-contacts-with-ukraine.

[12] *See generally The Trump Administration's Response to Coronavirus,* American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-response-to-coronavirus; *see, e.g., CDC Calendars from 2018 and 2019: Pandemic-Related Briefings and Meetings,* American Oversight, https://www.americanoversight.org/cdc-calendars-from-2018-and-2019-pandemic-related-briefings-and-meetings.

[13] *See generally Audit the Wall,* American Oversight, https://www.americanoversight.org/investigation/audit-the-wall; *see, e.g., Audit the Wall: No Plans, No Funding, No Timeline, No Wall,* American Oversight, https://americanoversight.org/audit-the-wall-no-plans-funding-or-timeline-and-no-wall/.

[14] *DOJ Records Relating to Solicitor General Noel Francisco's Recusal,* American Oversight, https://www.documentcloud.org/documents/25544090-doj-records-relating-to-solicitor-general-noel-franciscos-recusal-american-oversight; *Francisco & the Travel Ban: What We Learned from the DOJ Documents,* American Oversight, https://www.americanoversight.org/francisco-the-travel-ban-what-we-learned-from-the-doj-documents.

[15] *See generally Swamp Airlines: Chartered Jets at Taxpayer Expense,* American Oversight, https://www.americanoversight.org/investigation/swamp-airlines-private-jets-taxpayer-expense; *see, e.g., New Information on Pompeo's 2017 Trips to His Home State,* American Oversight, https://www.americanoversight.org/new-information-on-pompeos-2017-trips-to-his-home-state.

DOJ-EOUSA-25-2782

Accordingly, American Oversight qualifies for a fee waiver.

**Application for Expedited Processing**

Pursuant to 5 U.S.C. § 552(a)(6)(E)(1) and 28 C.F.R. § 16.5(e)(1)(ii), (iv), American Oversight requests that your agency expedite the processing of this request.

I certify to be true and correct to the best of my knowledge and belief that the information requested is urgently needed in order to inform the public concerning actual or alleged government activity.[16] Various officials in President Donald Trump's administration have faced allegations of mishandling communications about government business, namely through the use of non-government accounts or apps such as Signal or other platforms that can interface with it.[17] This includes using Signal or similar ephemeral messaging platforms with automatic message deletion ("disappearing messages") enabled.[18] In March 2025, multiple national security officials, including Secretary of Defense Peter "Pete" Hegseth, then-National Security Advisor

---

[16] 28 C.F.R. § 16.5(e)(1)(ii).

[17] *See, e.g.*, Jeffrey Goldberg, *The Trump Administration Accidentally Texted Me Its War Plans*, The Atlantic (Mar. 24, 2025), https://www.theatlantic.com/politics/archive/2025/03/trump-administration-accidentally-texted-me-its-war-plans/682151/; Jeffrey Goldberg, *Here Are the Attack Plans That Trump's Advisers Shared on Signal*, The Atlantic (Mar. 26, 2025), https://www.theatlantic.com/politics/archive/2025/03/signal-group-chat-attack-plans-hegseth-goldberg/682176/; Madeline Coggins, *National Security Advisor Mike Waltz Takes Responsibility for 'Embarrassing' Signal Chat Leak*, Fox News (Mar. 25, 2025, 7:37 PM), https://www.foxnews.com/media/national-security-advisor-mike-waltz-takes-responsibility-embarrassing-signal-chat-leak; Joseph Cox, *ICE Adds Random Person to Group Chat, Exposes Details of Manhunt in Real-Time*, 404 Media (Aug. 14, 2025, 12:54 PM), https://www.404media.co/ice-adds-random-person-to-group-chat-exposes-details-of-manhunt-in-real-time/; John Hudson, *Waltz and Staff Used Gmail for Government Communications, Officials Say*, Wash. Post, Apr. 1, 2025, https://www.washingtonpost.com/national-security/2025/04/01/waltz-national-security-council-signal-gmail/; Kevin Breuninger, *Waltz Used Signal-like App at White House Day Before Ouster as National Security Advisor*, CNBC (updated May 2, 2025, 5:46 PM), https://www.cnbc.com/2025/05/01/trump-waltz-signal-photo-cabinet.html.

[18] *See, e.g.*, Beatrice Nolan, *Trump Administration's Use of Disappearing Signal Messages to Discuss Military Strikes Not Allowed Under Record Law, Experts Say*, Fortune (Mar. 25, 2025, 11:52 AM), https://fortune.com/2025/03/25/trump-administrations-signal-military-strikes-not-allowed-under-record-law-expert/; Luke Broadwater, *Another Problem With That Signal Chat? The Messages Disappear.*, N.Y. Times, Mar. 27, 2025, https://www.nytimes.com/2025/03/27/us/politics/signal-messages-disappear.html; *Trump News at a Glance: Judge Orders Now-Infamous Signal Chat Be Retained as Tariff Fallout Deepens*, The Guardian (Mar. 27, 2025, 9:49 PM), https://www.theguardian.com/us-news/2025/mar/28/president-donald-trump-administration-news-updates-today; Anna Bower, *"Anna, Lindsey Halligan Here."*, Lawfare (Oct. 20, 2025, 5:40 PM), https://www.lawfaremedia.org/article/anna--lindsey-halligan-here.

DOJ-EOUSA-25-2782

Michael "Mike" Waltz, Vice President J.D. Vance, and multiple others were documented using Signal to discuss sensitive military operations in the Middle East.[19] These revelations attracted intense media scrutiny for weeks, including countless features across dozens of media organizations.[20] In October 2025, interim U.S. Attorney for the Eastern District of Virginia Lindsey Halligan reportedly messaged a journalist on the record on Signal to discuss a high-profile criminal case Ms. Halligan was pursuing against Letitia James, the Attorney General for New York.[21] Notably, Ms. Halligan is concurrently pursuing another high-profile criminal case against James Comey, a former Director of the Federal Bureau of Investigations.[22] Like the March 2025 incident before it, the conversation between Ms. Halligan and the reporter was the subject of much media scrutiny.[23]

---

[19] *See, e.g.,* Jeffrey Goldberg, *The Trump Administration Accidentally Texted Me Its War Plans*, The Atlantic (Mar. 24, 2025), https://www.theatlantic.com/politics/archive/2025/03/trump-administration-accidentally-texted-me-its-war-plans/682151/; Jeffrey Goldberg & Shane Harris, *Here Are the Attack Plans That Trump's Advisers Shared on Signal*, The Atlantic (Mar. 26, 2025), https://www.theatlantic.com/politics/archive/2025/03/signal-group-chat-attack-plans-hegseth-goldberg/682176/; Madeline Coggins, *National Security Advisor Mike Waltz Takes Responsibility for 'Embarrassing' Signal Chat Leak*, Fox News (Mar. 25, 2025, 7:37 PM), https://www.foxnews.com/media/national-security-advisor-mike-waltz-takes-responsibility-embarrassing-signal-chat-leak
[20] *See, e.g.,* Kathryn Palmer, *Mike Waltz and the Signal Chat Fiasco: A Recap of His Involvement*, USA Today (May 1, 2025, 1:19 PM), https://www.usatoday.com/story/news/politics/2025/05/01/mike-waltz-signal-group-chat/83386583007/; Dell Cameron, *Here's What Happened to Those SignalGate Messages*, Wired (Apr. 15, 2025, 5:27 PM), https://www.wired.com/story/heres-what-happened-to-those-signalgate-messages/; Cheyanne M. Daniels, *Democrats Accuse Waltz of Lying Over Signalgate and Berate Him for Not Expressing Regret*, Politico (updated Jul. 15, 2025, 1:28 PM), https://www.politico.com/news/2025/07/15/mike-waltz-un-hearing-signalgate-00453940; Mikayla Easley, *Pentagon IG Launches Investigation into Hegseth's Involvement in 'SignalGate'*, DefenseScoop, Apr. 3, 2025, https://defensescoop.com/2025/04/03/investigation-hegseth-signal-gate-dod-inspector-general/; *A Minor Detail In "Signalgate"*, One America News, https://www.oann.com/video/fine-point-video/chanels-fine-point/a-minor-detail-in-signalgate/.
[21] Anna Bower, *"Anna, Lindsey Halligan Here."*, Lawfare (Oct. 20, 2025, 5:40 PM), https://www.lawfaremedia.org/article/anna--lindsey-halligan-here.
[22] *Id.*
[23] *See, e.g., Lindsey Halligan Presses Legal Reporter About Coverage of NY AG Case*, Breitbart, Oct. 21, 2025, https://www.breitbart.com/news/lindsey-halligan-presses-legal-reporter-about-coverage-of-ny-ag-case/; Robert Alexander, *Lindsey Halligan's Text Messages Come Under Investigation*, Newsweek (Oct. 27, 2025, 10:28 AM), https://www.newsweek.com/lindsey-halligans-text-messages-come-under-investigation-10942865; Tara Suter, *Lindsey Halligan Sends Multiple Texts to Legal Reporter*, The Hill (Oct. 21, 2025, 12:52 PM), https://thehill.com/homenews/media/5565317-letitia-james-indictment-texts-halligan/; *Reporter Publishes 'Unsolicited' Texts from Trump's Handpicked Prosecutor*, CNN,

Of particular concern in both the March and October 2025 incidents was that the use of Signal and any other ephemeral messaging app, especially those not stored on government-issued or -owned devices, may lead to critically important government records being willfully or unintentionally deleted.[24] The news stories on these events also highlighted that the use of Signal or similar platforms may allow government officials to skirt record preservation laws or otherwise conceal their activities.[25] The recent allegations made against Pardon Attorney Edward "Ed" Martin have provoked public comparison between his activities and these past events.[26] Mr. Martin's activities as Pardon Attorney, director of the Weaponization Working Group, and special attorney at the Department of Justice have been characterized by multiple sources as politically motivated.[27] Allegations that Mr. Martin is deleting and concealing the records he creates in the course of his work on these matters creates urgency in the need to access these records before they may be concealed or destroyed. Accordingly, there is an urgent need to procure government records regarding actions and communications of Mr. Martin in his work at the Department of Justice.

Moreover, I certify to be true and correct to the best of my knowledge and belief that there is an urgent need to inform the public about whether and to what extent Mr. Martin has concealed or destroyed government records in violation of the Federal

---

https://www.cnn.com/2025/10/21/politics/video/lindsey-halligan-anna-bower-text-exchange-digvid.

[24] *See, e.g.*, Jeff Stone, *Signal, Renowned for Security, Also Helps Officials Skirt Scrutiny*, Bloomberg (Mar. 26, 2025, 1:13 PM), https://www.bloomberg.com/news/newsletters/2025-03-26/signal-renowned-for-security-also-helps-officials-skirt-scrutiny; Kelvin Chan, *Here's What to Know About Signal, the Messaging App Used in Apparent Leak of War Plans to a Journalist*, PBS News (Mar. 25, 2025, 11:09 AM), https://www.pbs.org/newshour/nation/heres-what-to-know-about-signal-the-messaging-app-used-in-apparent-leak-war-plans-journalist; Bower, *supra* note 23; Dell Cameron, *Here's What Happened to Those SignalGate Messages*, Wired (Apr. 15, 2025, 5:27 PM), https://www.wired.com/story/heres-what-happened-to-those-signalgate-messages/; Jeffrey Goldberg, *The Trump Administration Accidentally Texted Me Its War Plans*, The Atlantic (Mar. 24, 2025), https://www.theatlantic.com/politics/archive/2025/03/trump-administration-accidentally-texted-me-its-war-plans/682151/.

[25] *Id.*

[26] *See, e.g.*, Beitsch, *supra* note 1.

[27] *See, e.g., id.*; Katelyn Polantz et al., *The Weapon of Justice: Ed Martin's Influence at DOJ*, CNN, Oct. 30, 2025, https://www.cnn.com/2025/10/30/politics/ed-martin-doj-trump-political-prosecutions; Sadie Gurman & C. Ryan Barber, *Trump's New Pardon Attorney Is Eager to Target Biden-Era Cases*, Wall Street Journal (May 27, 2025, 8:00 PM), https://www.wsj.com/us-news/law/trump-pardons-biden-cases-4a9bb3f8; Gina Heeb & Brian Schwartz, *Mortgage-Fraud Accusations Are Trump's New Political Weapon*, Wall Street Journal (Aug. 22, 2025, 9:00 PM), https://www.wsj.com/politics/policy/mortgage-fraud-accusations-are-trumps-new-political-weapon-05641cfd.

Records Act.[28] Mr. Raskin's letter to Mr. Martin references an explicit allegation that Mr. Martin has used personal (i.e., not government approved) devices, platforms, and applications in defiance of both federal laws and Department of Justice policies that govern federal records preservation.[29] Mr. Raskin also stated that the allegations against Mr. Martin suggest an effort to conceal both Mr. Martin's own conduct and the activities of the Weaponization Working Group.[30] Other media reports characterize the working group as opaque, which is problematic given the explicit links between the working group and the high-profile prosecutions of Ms. James and Mr. Comey.[31] The outcomes of these prosecutions will likely have significant ramifications for U.S. governance at the highest levels, including, but not limited to, by potentially creating a chilling effect on state and federal public servants who seek to hold the government, its officials, and influential private citizens to account.[32]

I also certify to be true and correct to the best of my knowledge and belief that there is widespread and exceptional media interest and there exist possible questions concerning the government's integrity, which affect public confidence. There is widespread and exceptional media interest in allegations that government officials have violated federal records preservation laws by using personal communications devices and applications.[33] Media coverage and public discourse on the March 2025 news

[28] *See* Letter from Rep. Raskin, *supra* note 1.

[29] *Id.*

[30] *Id.*

[31] *See, e.g.*, Ken Dilanian & Carol Leonnig, *Grand Jury Investigating Potential Misconduct in Probes of Trump Critics*, MS Now (Nov. 20, 2025, 12:30 PM), https://www.ms.now/news/grand-jury-investigating-potential-misconduct-trump-critics-ed-martin-bill-pulte-rcna244980; Peter Stone, *How Trump is Weaponizing the DOJ to 'Bully, Prosecute, Punish and Silence' His Foes*, The Guardian (Nov. 4, 2025, 7:00 PM), https://www.theguardian.com/us-news/2025/nov/04/trump-department-of-justice-weaponization-enemies; Jonathan Landay *et al.*, *Exclusive: Wide-Ranging Group of US Officials Pursues Trump's Fight Against 'Deep State'*, Reuters (Oct. 20, 2025, 8:19 PM), https://www.reuters.com/world/us/wide-ranging-group-us-officials-pursues-trumps-fight-against-deep-state-2025-10-20/; James Bickerton, *White House Secret Group Targeting Donald Trump's Enemies: Report*, Newsweek (Oct. 21, 2025, 2:59 AM), https://www.newsweek.com/white-house-secret-group-targeting-donald-trumps-enemies-report-10910951.

[32] *See, e.g.*, Steve Inskeep, *Former DOJ Official Talks About the Implications of Comey's Indictment*, NPR (Oct. 6, 2025, 4:56 AM), https://www.npr.org/2025/10/06/nx-s1-5561886/former-doj-official-talks-about-the-implications-of-comeys-indictment; Ruth Marcus, *The Indictment of Letitia James and the Collapse of Impartial Justice*, The New Yorker, Oct. 12, 2025, https://www.newyorker.com/news/the-lede/the-indictment-of-letitia-james-and-the-collapse-of-impartial-justice.

[33] *See, e.g.*, Beitsch, *supra* note 1; Minho Kim, *To Preserve Records, Homeland Security Now Relies on Officials to Take Screenshots*, N.Y. Times, Nov. 6, 2025, https://www.nytimes.com/2025/11/06/us/politics/homeland-security-foia.html; Sam Levine, *Top US prosecutor's Use of Text Message Auto-delete Could Be Illegal, Watchdog Groups Warn*, The Guardian (Oct. 23, 2025, 11:45 AM), https://www.theguardian.com/us-news/2025/oct/23/prosecutor-lindsey-halligan-

DOJ-EOUSA-25-2782

developments regarding national security officials' use of Signal has been intense and ongoing.[34] The sustained coverage of other administration officials' use of Signal, such as Ms. Halligan's in October 2025, has only contributed to widespread and exceptional media interest in this matter.[35] The allegations made in Mr. Raskin's letter and later detailed in media reporting continue this pattern of media interest in this topic.[36]

auto-delete-chats; Justin Doubleday, *'Signal-gate' Shines Spotlight on Rubio Role as Acting Archivist*, Federal News Network, (Apr. 21, 2025, 7:14 PM), https://federalnewsnetwork.com/federal-report/2025/04/signal-gate-shines-spotlight-on-rubio-role-as-acting-archivist/; Robert Farley, *Was the Signal Chat Illegal?*, FactCheck.org, Mar. 27, 2025, https://www.factcheck.org/2025/03/was-the-signal-chat-illegal/; Rebecca Beitsch, *Signal Chat Discussion of 'Clearly Classified' Information Violated Law, Experts Say*, The Hill (Mar. 28, 2025, 6:00 AM), https://thehill.com/policy/national-security/5218181-signal-chat-violates-espionage-act/; Josh Gerstein, *The Potential Legal Fallout of the Signal Group Chat Leak*, Politico (Mar. 25, 2025, 5:57 PM), https://www.politico.com/news/magazine/2025/03/25/legal-fallout-signal-group-chat-00249427; *see also supra* notes 18-25.
[34] *See, e.g.*, Emma Colton, *Trump Reveals Who Was behind Signal Text Chain Leak*, Fox News (Mar. 25, 2025, 12:02 PM), https://www.foxnews.com/politics/trump-reveals-who-behind-signal-text-chain-leak; Kathryn Palmer, *Mike Waltz and the Signal Chat Fiasco: A Recap of His Involvement*, USA Today (May 1, 2025, 1:19 PM), https://www.usatoday.com/story/news/politics/2025/05/01/mike-waltz-signal-group-chat/83386583007/; Dell Cameron, *Here's What Happened to Those SignalGate Messages*, Wired (Apr. 15, 2025, 5:27 PM), https://www.wired.com/story/heres-what-happened-to-those-signalgate-messages/; Cheyanne M. Daniels, *Democrats Accuse Waltz of Lying Over Signalgate and Berate Him for Not Expressing Regret*, Politico (Jul. 17, 2025, 12:37 PM), https://www.politico.com/news/2025/07/15/mike-waltz-un-hearing-signalgate-00453940; Mikayla Easley, *Pentagon IG Launches Investigation into Hegseth's Involvement in 'SignalGate'*, DefenseScoop, Apr. 3, 2025, https://defensescoop.com/2025/04/03/investigation-hegseth-signal-gate-dod-inspector-general/; *A Minor Detail In "Signalgate"*, One America News, https://www.oann.com/video/fine-point-video/chanels-fine-point/a-minor-detail-in-signalgate/; *see also supra* notes 18-25, 34.
[35] *See, e.g.*, Anna Bower, *"Anna, Lindsey Halligan Here."*, Lawfare (Oct. 20, 2025, 5:40 PM), https://www.lawfaremedia.org/article/anna--lindsey-halligan-here; *Lindsey Halligan Presses Legal Reporter About Coverage of NY AG Case*, Breitbart, Oct. 21, 2025, https://www.breitbart.com/news/lindsey-halligan-presses-legal-reporter-about-coverage-of-ny-ag-case/; Robert Alexander, *Lindsey Halligan's Text Messages Come Under Investigation*, Newsweek (Oct. 27, 2025, 10:28 AM), https://www.newsweek.com/lindsey-halligans-text-messages-come-under-investigation-10942865; Tara Suter, *Lindsey Halligan Sends Multiple Texts to Legal Reporter*, The Hill (Oct. 21, 2025, 12:52 PM), https://thehill.com/homenews/media/5565317-letitia-james-indictment-texts-halligan/; *Reporter Publishes 'Unsolicited' Texts from Trump's Handpicked Prosecutor*, CNN, https://www.cnn.com/2025/10/21/politics/video/lindsey-halligan-anna-bower-text-exchange-digvid.
[36] *See, e.g.*, Beitsch, *supra* note 1.

DOJ-EOUSA-25-2782

Moreover, I certify to be true and correct to the best of my knowledge and belief that there exist possible questions concerning the government's integrity regarding the preservation of government records of critical import as well as the potential violation of federal records preservation laws and related agency policy.[37] Mr. Raskin specifically called into question the legality of Mr. Martin's actions and expressed clear concerns that Mr. Martin may have knowingly and intentionally prevented records preservation so as to conceal his own official activities.[38] According to 28 C.F.R. § 16.5(e)(2), "[r]equests for expedited processing that are based on [28 C.F.R. § 16.5(e)(1)(iv)] must be submitted to the Director of Public Affairs at the Office of Public Affairs, Department of Justice, 950 Pennsylvania Avenue NW., Washington, DC 20530-0001." I have therefore submitted this request to the Office of Information Policy, which serves as the contact at the Department of Justice of the Office of Public Affairs.

I further certify that American Oversight is primarily engaged in disseminating information to the public. American Oversight's mission is to promote transparency in government, to educate the public about government activities, and to ensure the accountability of government officials. Similar to other organizations that have been found to satisfy the criteria necessary to qualify for expedition,[39] American Oversight "'gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw material into a distinct work, and distributes that work to an audience.'"[40] American Oversight uses the information gathered, and its analysis of it, to educate the public through reports, press releases, and other media. American Oversight also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and Twitter.com.[41] As discussed previously, American Oversight has demonstrated its commitment to the public disclosure of documents and creation of editorial content.[42]

---

[37] Letter from Rep. Raskin, *supra* note 1.

[38] *Id.*

[39] *See ACLU v. U.S. Dep't of Justice*, 321 F. Supp. 2d 24, 30–31 (D.D.C. 2004); *EPIC v. Dep't of Defense*, 241 F. Supp. 2d 5, 15 (D.D.C. 2003).

[40] *ACLU*, 321 F. Supp. 2d at 29 n.5 (quoting *EPIC*, 241 F. Supp. 2d at 11).

[41] American Oversight currently has approximately 16,000 followers on Facebook and 94,400 followers on X (formerly Twitter). American Oversight, Facebook, https://www.facebook.com/weareoversight/ (last visited Nov. 18, 2025); American Oversight (@weareoversight), X (formerly Twitter), https://x.com/weareoversight (last visited Nov. 18, 2025).

[42] *See generally News,* American Oversight, https://www.americanoversight.org/blog; *see, e.g., Emails and Resume of Trump's Pick to Head Government Personnel Office,* American Oversight, https://www.americanoversight.org/emails-and-resume-of-trumps-pick-to-head-government-personnel-office; *CDC Calendars from 2018 and 2019: Pandemic-Related Briefings and Meetings,* American Oversight, https://www.americanoversight.org/cdc-calendars-from-2018-and-2019-pandemic-related-briefings-and-meetings; *State Department Releases Ukraine Documents to American Oversight,* American Oversight, https://www.americanoversight.org/state-department-releases-ukraine-documents-to-american-oversight; *Documents Reveal Ben Carson Jr.'s Attempts to Use His Influence at HUD to Help His Business,* American Oversight,

DOJ-EOUSA-25-2782

Accordingly, American Oversight's request satisfies the criteria for expedition.

## **Guidance Regarding the Search & Processing of Requested Records**

In connection with its request for records, American Oversight provides the following guidance regarding the scope of the records sought and the search and processing of records:

- Please search all locations and systems likely to have responsive records, regardless of format, medium, or physical characteristics. For instance, if the request seeks "communications," please search all locations likely to contain communications, including relevant hard-copy files, correspondence files, appropriate locations on hard drives and shared drives, emails, text messages or other direct messaging systems (such as iMessage, WhatsApp, Signal, or X (formerly Twitter) direct messages),voicemail messages, instant messaging systems such as Lync or ICQ, and shared messages systems such as Slack.

- In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind.

- Our request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted. To the extent that an email is responsive to our request, our request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

- Please search all relevant records or systems containing records regarding agency business. Do not exclude records regarding agency business contained in files, email accounts, or devices in the personal custody of your officials, such as personal email accounts or text messages. **Records of official business conducted using unofficial systems or stored outside of official files are subject to the Federal Records Act and FOIA.**[43] It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time; American Oversight has a right to records contained in those files even if material has not yet been moved to

---

https://www.americanoversight.org/documents-reveal-ben-carson-jr-s-attempts-to-use-his-influence-at-hud-to-help-his-business; *Investigating the Trump Administration's Efforts to Sell Nuclear Technology to Saudi Arabia*, American Oversight, https://www.americanoversight.org/investigating-the-trump-administrations-efforts-to-sell-nuclear-technology-to-saudi-arabia; *Sessions' Letter Shows DOJ Acted On Trump's Authoritarian Demand to Investigate Clinton*, American Oversight, https://www.americanoversight.org/sessions-letter.
[43] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, 827 F.3d 145, 149–50 (D.C. Cir. 2016); *cf. Judicial Watch, Inc. v. Kerry*, 844 F.3d 952, 955–56 (D.C. Cir. 2016).

DOJ-EOUSA-25-2782

official systems or if officials have, by intent or through negligence, failed to meet their obligations.[44]

- Please use all tools available to your agency to conduct a complete and efficient search for potentially responsive records. Agencies are subject to government-wide requirements to manage agency information electronically,[45] and many agencies have adopted the National Archives and Records Administration (NARA) Capstone program, or similar policies. These systems provide options for searching emails and other electronic records in a manner that is reasonably likely to be more complete than just searching individual custodian files. For example, a custodian may have deleted a responsive email from his or her email program, but your agency's archiving tools may capture that email under Capstone. At the same time, custodian searches are still necessary; agencies may not have direct access to files stored in .PST files, outside of network drives, in paper format, or in personal email accounts.

- In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. If a request is denied in whole, please state specifically why it is not reasonable to segregate portions of the record for release.

- Please take appropriate steps to ensure that records responsive to this request are not deleted by the agency before the completion of processing for this request. If records potentially responsive to this request are likely to be located on systems where they are subject to potential deletion, including on a scheduled basis, please take steps to prevent that deletion, including, as appropriate, by instituting a litigation hold on those records.

## Conclusion

If you have any questions regarding how to construe this request for records or believe that further discussions regarding search and processing would facilitate a more efficient production of records of interest to American Oversight, please do not hesitate to contact American Oversight. American Oversight welcomes an opportunity to discuss its request with you before you undertake your search or incur search or duplication costs. By working together at the outset, American Oversight and your agency can decrease the likelihood of costly and time-consuming litigation in the future.

---

[44] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy,* No. 14–cv–765, slip op. at 8 (D.D.C. Dec. 12, 2016).
[45] Presidential Memorandum—Managing Government Records, 76 Fed. Reg. 75,423 (Nov. 28, 2011), https://obamawhitehouse.archives.gov/the-press-office/2011/11/28/presidential-memorandum-managing-government-records; Office of Mgmt. & Budget, Exec. Office of the President, Memorandum for the Heads of Executive Departments & Independent Agencies, "Managing Government Records Directive," M-12-18 (Aug. 24, 2012), https://www.archives.gov/files/records-mgmt/m-12-18.pdf.

DOJ-EOUSA-25-2782

Where possible, please provide responsive material in an electronic format by email. Alternatively, please provide responsive material in native format or in PDF format on a USB drive. Please send any responsive material being sent by mail to American Oversight, 1030 15th Street NW, Suite B255, Washington, DC 20005. If it will accelerate release of responsive records to American Oversight, please also provide responsive material on a rolling basis.

We share a common mission to promote transparency in government. American Oversight looks forward to working with your agency on this request. If you do not understand any part of this request, please contact Danny Martinez at foia@americanoversight.org or (202) 897-2465. Also, if American Oversight's request for expedition is not granted or its request for a fee waiver is not granted in full, please contact us immediately upon making such a determination.

Sincerely,

*/s/ Danny Martinez*
Danny Martinez
on behalf of
American Oversight