## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | |
| Plaintiff, | |
| v. | Civil Action No. 25-cv-4208 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

## JOINT STATUS REPORT

This action concerns Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, requests made by Plaintiff American Oversight to three components of the U.S. Department of Justice ("DOJ"): the Executive Office for United States Attorneys ("EOUSA"), the Office of the Pardon Attorney ("OPA"), and the Office of Information Policy ("OIP"). Plaintiff seeks "records with the potential to shed light on federal government activity related to Ed Martin's tenure at DOJ, including in his roles as Director of the [Weaponization Working Group] and as Pardon Attorney." *See, e.g.*, Pl's. Am. Compl. ¶17, ECF No. 10. In short, Plaintiff seeks three categories of records: (1) email communications, *see id.* at 24–37, 39–52; (2) text messages, *see id.* at 58–70, 72–83, 58–97; and (3) directives, *see id.* at 103–114, 116–127, 129–140.[1] Pursuant to the Parties June 5, 2025, Joint Status Report, ECF No. 14, the Parties provide this joint status report and jointly state as follows.

---

[1] Although Plaintiff's initial Complaint, ECF No. 1, included an email communications request Plaintiff sent to OPA, Plaintiff excluded that request from the Amended Complaint.

**Status of FOIA Requests**

1. As discussed in prior joint status reports, EOUSA provided its final response to Plaintiff on April 30, 2026. Plaintiff has asked Defendant for the methods and search terms it used to conduct the respective searches.

2. OPA's and OIP's processing of Plaintiff's FOIA requests remain ongoing. Defendant is processing responsive records pursuant to the Court's June 11, 2026, Minute Order.

   a. Email Communications: Defendant "release[d] 350 pages of responsive records" to Plaintiff via email on June 30, 2026. *See* Minute Order, June 11, 2026. Counsel for Defendant confirmed receipt of the records with counsel for Plaintiff on July 1, 2026, who advised that Plaintiff had not initially received the records. This appeared to be due to a document-size limitation on Plaintiff's email server, and Defendant promptly resent the records to Plaintiff in a reduced-size format. Plaintiff confirmed receipt the same day.

   b. Text Messages: As it relates to the text messages request, Defendant has completed the initial processing of all responsive material that has been extracted for processing. Defendant has circulated this material for consultation and is awaiting consultation responses from several Executive branch entities prior to issuing its response to Plaintiff as to this material.

   c. Directives: The Parties have agreed to stay the search and processing of this request given its potential and likely overlap with any potentially responsive material that may be located in the search for the email communications request.

**Proposed Schedule**

3.      The Parties propose submitting another joint status report on or before August 7, 2026, to further apprise the Court of the status of this case.

Dated: July 9, 2026                                    Respectfully submitted,

*/s/ Daniel Martinez*                                  BRETT A. SHUMATE
Daniel Martinez                                        Assistant Attorney General
D.C. Bar No. 90025922
Loree Stark                                            ELIZABETH J. SHAPIRO
D.C. Bar No. 90020649                                  Deputy Director
AMERICAN OVERSIGHT
1030 15th Street NW, B255                              /s/ *Kathryn Alkire*
Washington, DC 20005                                   KATHRYN L. ALKIRE
(202) 897-2465                                         (FL Bar No. 1050146)
danny.martinez@americanoversight.org                   Trial Attorney
*Counsel for Plaintiff*                                United States Department of Justice
                                                       Civil Division, Federal Programs Branch
                                                       1100 L Street NW
                                                       Washington, DC 20005
                                                       Phone: (202) 451-7743
                                                       E-mail: Kathryn.L.Alkire@usdoj.gov
                                                       *Counsel for Defendant*

3